# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHERYL LACHER, | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 4:23-CV-00551-** |
| v. | § | **ALM-AGD** |
| | § | |
| COMMISSIONER, SSA, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 26, 2024, the Magistrate Judge entered a Report (Dkt. #22) recommending that the Commissioner's decision be reversed and remanded for further proceedings.  No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** for further proceedings.  All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 16th day of September, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE